**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| v. | * Case # RDB-19-0563 |
| **MALIK GIBSON-BEY** | * |
| | * |

**MOTION FOR RECONSIDERATION OF THE ORDER OF DETENTION BASED ON CHANGED CIRCUMSTANCES CAUSED BY COVID-19'S PRESENCE AT THE DEFENDANT'S FACILITY**

The Defendant, Malik Gibson-Bey, by and through his attorneys, James Wyda, Federal Public Defender for the District of Maryland, and David Walsh-Little, Assistant Federal Public Defender, respectfully move this Honorable Court, to reconsider its order of detention in this case and in support thereof states as follows:

1. Malik Gibson-Bey is charged in a one count indictment with being a Felon in Possession of a Firearm and Ammunition in violation of 18 U.S.C. §922(g)(1).

2. On December 23, 2019, Magistrate Judge J. Mark Coulson detained the defendant for the safety of the community. ECF No. 11. Mr. Gibson-Bey has been housed by the District of Columbia Department of Corrections since that date. A plea agreement has been entered into by the parties pursuant to Fed R. Crim. P. 11(c)(1)(C). In exchange for a plea of guilty to the only count in the indictment, a sentence of forty months imprisonment will be imposed, if the agreement is accepted by The Court. A scheduled re-arraignment date of March 24, 2020 was postponed due to the court's limited schedule caused by the COVID-19 pandemic. It is now scheduled for May 19, 2020.

3.      As the Court is aware, the nation is in the midst of responding to an unprecedented national health emergency due to COVID-19, a dangerous illness that is spreading rapidly throughout the world and in the United States. Jails are particularly vulnerable to the spread of this disease because inmates cannot practice the social distancing measures recommended by the Center for Disease Control and other health experts.

4.      On March 28, 2020, the District of Columbia Department of Corrections announced that two inmates have been confirmed as having COVID-19.[1] The United States Marshalls Service has also informed my office that nine additional prisoners in their custody are being quarantined at the D.C. Jail because of suspected exposure to the deadly virus. It is clear the disease is present in the facility that houses Mr. Gibson-Bey.

5.      The biggest danger to the community today is the continued spread of the corona virus. Keeping Mr. Gibson-Bey detained in a facility where the highly contagious disease is present facilitates the pandemic. Releasing him, to quarantine himself on home confinement protects the entire community.

6.      Mr. Gibson-Bey is thirty-two years old and has long standing ties to Maryland. He was employed as a laborer before being detained on this charge. Thirteen years ago, at the age of nineteen, he was convicted of assault and possession of a firearm in one incident, and a felony drug conviction in a second incident that year. Since that time, Mr. Gibson-Bey has been convicted of drug possession in 2018, and a number of traffic offenses. In this matter it is not alleged that Mr. Gibson-Bey used or brandished the firearm in any way.

---

[1] See https://www.wusa9.com/amp/article/news/health/coronavirus/dc-corrections-office-coronavirus/65-a94901a7-33dd-41ac-b637-f40274a88a2a.

2

7. The defendant's mother, Shirley Gibson-Bey resides by herself in a three-bedroom house. The Defendant's proposes that he be released to her custody, live at her home, where he can quarantine himself, and practice social distancing measures that protect the entire community.

WHEREFORE, for the above reasons and for any other reasons which may appear to the court, the defendant requests that he be released from detention to the custody of his mother with any other conditions that The Court deems necessary.

Respectfully submitted,

JAMES WYDA
Federal Public Defender

    /s/
DAVID WALSH-LITTLE, #23586
Assistant Federal Public Defender
Tower II- 9th Floor
l00 South Charles Street
Baltimore, Maryland 21201
Tel: (410) 962-3962
Fax: (410) 962-0872
Email: david_walsh-little@fd.org

### REQUEST FOR HEARING

Pursuant to Rule 105.6 of the Local Rules of the United States District Court for the District of Maryland, a hearing is requested on the Defendant's motion.

    /s/
DAVID WALSH-LITTLE, #23586
Assistant Federal Public Defender

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Motion was sent via CM/ECF to Michael Goldsticker, Esquire, Assistant United States Attorney.

                                              /s/
                                    DAVID WALSH-LITTLE, #23586
                                    Assistant Federal Public Defender